# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00189-CV

**Appellant, Joseph S. Babb as Guardian of the Estate of Paul Marx// Cross-Appellants, Nellie Katherine Marx; Sandra Jones; and William Donald Marx, Individually and as Co-Trustees of the Paul Marx 2013 Management Trust; and Johnnie Love-Marx**

**v.**

**Appellees, Nellie Katherine Marx; Sandra Jones; and William Donald Marx, Individually and as Co-Trustees of the Paul Marx 2013 Management Trust// Cross-Appellees, Joseph S. Babb as Guardian of the Estate of Paul Marx and Johnnie Love-Marx**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY, NO. C-1-PB-16-000686, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## MEMORANDUM OPINION

**PER CURIAM**

Appellant has filed an unopposed motion to abate this appeal for a 60-day period to allow the parties to engage in settlement negotiations. We grant the motion and abate the appeal. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before October 30, 2020.

Before Justices Goodwin, Triana, and Smith

Abated

Filed: September 3, 2020